

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00123-CR

**IN RE** Veronica **HERNANDEZ PEREZ**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:     Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice
            Velia J. Meza, Justice

Delivered and Filed: March 12, 2025

DENIED

     Relator, Veronica Hernandez Perez, has filed a petition for writ of mandamus. After considering the petition and the record, the court concludes Hernandez Perez is not entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 14715CR, styled *The State of Texas v. Veronica Hernandez Perez*, pending in the County Court, Kinney County, Texas, the Honorable Natalie C. Fleming presiding.